816

## Commonwealth ex rel. Lipsky, Appellant, *v.* Lipsky.

Argued March 20, 1970.  *John S. Manos,* with him *Samuel S. Blank,* for appellant; *Maurice J. Friedman,* for appellee.

The appeal is quashed.

## Commonwealth ex rel. Magaziner *v.* Magaziner, Appellant.

Argued March 18, 1970.  *Laurence H. Eldredge,* for appellant; *Sidney Ginsberg,* for appellee.

Order affirmed.

## Commonwealth ex rel. Turner *v.* Turner, Appellant.

Argued March 20, 1970.  *George A. D'Angelo,* with him *Truscott & Erisman,* for appellant; *William Porter,* with him *Pepper & Porter,* for appellee.

Order affirmed.